# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

| | |
|---|---|
| Dakota Truck Underwriters, a South Dakota corporation; First Dakota Indemnity Company, a South Dakota corporation; and Risk Administration Services, Inc., a South Dakota corporation, | **Civil No. 07-4036** |
| Plaintiffs, | **Motion to Dismiss with Prejudice** |
| vs. | |
| certain Underwriters of Lloyd's of London, a syndicate of underwriters, | |
| Defendants. | |

## Motion to Dismiss

NOW COME the Plaintiffs, Dakota Truck Underwriters, First Dakota Indemnity Company, and Risk Administration Services, Inc. (collectively, "Plaintiffs"), by and through their attorneys, and hereby move for the dismissal of the above-captioned action with prejudice.

## Basis for Motion

The parties in this action have executed a Stipulation of Dismissal with Prejudice, attached as Exhibit 1. Pursuant thereto, the parties have consented to judgment being entered without further notice.

## **Prayer for Relief**

As the parties have executed a Stipulation of Dismissal with Prejudice, Plaintiffs respectfully request that this Court dismiss this action with prejudice and on the merits, without fees or costs to any party, and enter judgment accordingly.

Dated: December 11, 2007                    FAEGRE & BENSON LLP

/s/ Bruce Jones
Bruce Jones, SBSD #2391[*]
Diana Young Morrissey
Michael M. Krauss
Shane A. Anderson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Tel:    (612) 766-7000
Fax:   (612) 766-1600
bjones@faegre.com

**Attorneys for Plaintiffs**

fb.us.2474923.01

---

[*] A member of the bar of this Court and the State Bar of South Dakota.