UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| DAKOTA TRUCK UNDERWRITERS; FIRST DAKOTA INDEMNITY COMPANY; and RISK ADMINISTRATION SERVICES, INC., | ) ) ) ) ) ) | CIV. 07-4036-KES |
| Plaintiffs, | ) ) | JUDGMENT OF DISMISSAL |
| vs. | ) ) ) | |
| CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON, a syndicate of underwriters, | ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the Motion to Dismiss With Prejudice and the accompanying Stipulation of Dismissal, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and on the merits, without fees or costs to any party.

Dated December 11, 2007.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE